| Date | No. | Entry |
|---|---|---|
| 3/18/70 | 1 | Filed Motion of Plaintiffs Plummer, Etheredge, Rainey, May & Montgomery Aviation Corp. for consolidation of Civil Action No. 69-421 (Ala., N.) with Civil Action No. 3027-N (Ala., M.) in one district.  Also Proof of Service. |
| 3/30/70 | 2 | Filed Motion of Federated Investments, Inc. to strike motion of plaintiffs Plummer, et al, under Rule 10. |
| 3/30/70 | 3 | Filed opposition to motion of plaintiffs Plummer for transfer of civil action No. 3027-N and 69-421 (Statement of Facts) |
| 4/8/70 | | Entered ORDER DENYING motion of plaintiffs for transfer without prejudice to right to reapply for transfer if additional actions are commenced or to seek intracircuit transfer; also denying motion of defendants to strike motion to transfer for failure to comply with Panel Rules. |
| 4/10/70 | 4 | Filed "Amended and Substitute Motion" of pls. Plummer, Etheredge, Rainey, May & Montgomery Aviation Corp. |
| 5/12/70 | | Entered ORDER DENYING "Amended and Substituted Motion"  Copies to counsel, involved judges, hearing clerk |

DOCKET NO. 41

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

IN THE MATTER OF FEDERATED INVESTMENTS, INC. LITIGATION ARISING FROM ~~THE~~ ITS ACQUISITION OF STOCK OF INVESTMENTS INTERNATIONAL, INC.

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Charles Plummer, et al. v. Rex H. Moore, et al. | N.D. Ala. 69-421 | | DENIED 4/8/70 | |
| A-2 | Paul H. Edmondson, etc. v. Rex H. Moore, et al. | M.D. Ala. 3027-N | | | |

DOCKET NO. 41

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

IN THE MATTER OF FEDERATED INVESTMENTS, INC. LITIGATION ARISING FROM ITS ACQUISITION OF STOCK OF INVESTMENTS INTERNATIONAL, INC.

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | John Taber, Esquire<br>Williamson & Taber<br>Post Office Box 467<br>Greenville, Alabama   36037<br><br>Marvin Cherner, Esquire<br>516 Brown-Marx Building<br><br>J. Vernon Patrick, Jr., Esquire<br>Berkowitz, Lefkovits & Patrick<br>1400 City National Bank Building<br>Birmingham, Alabama   35203<br><br>Joe Flemming, Movant for leave to intervene at Pl.<br>    James J. Thompson, Jr., Esquire<br>    Hare, Wynn, Newell & Newton<br>    17th Floor, City Federal Bldg.<br>    Birmingham, Alabama   35203<br><br>    Watson & Fay<br>    920 Franklin, S. E.<br>    Huntsville, Alabama   35801<br><br>Robert H. Bond, Winston B. McCall & James A. Selman, Intervenor-pltfs.<br>    Roderick M. MacLeod, Jr., Esq.<br>    Pritchard, McCall & Jones<br>    831 Frank Nelson Building<br>    Birmingham, Alabama   35203 | B. E. Faulkner<br>    Lawrence B. Clark, Esquire<br>    Lange, Simpson, Robinson & Somerville<br>    City Federal Building<br>    Birmingham, Alabama   35203<br><br>John Douglas<br>    L. Drew Redden, Esquire<br>    Rogers, Howard, Redden & Mills<br>    1033 Frank Nelson Building<br>    Birmingham, Alabama   35203<br><br>Otis Brown<br>    C. A. Poellnitz, Esquire<br>    Mitchell, Poellnitz, Cox, Robison & McBurney<br>    Post Office Box 876<br>    Florence, Alabama   35630<br><br>Security Merchants, Inc.<br>    Wright, Long & Reynolds<br>    Post Office Box 142<br>    Montgomery, Alabama   36101<br><br>Rex H. Moore; Federated Investments, Inc. Paul R. Flowers, F. B. McGill, E. E. Anthony, Sr., Charles Little, Emory H. Lindsey, W. E. Montgomery, John T. Hugghins, J. L. Barnes and Eric Cumbie<br>    Jack Crenshaw, Esquire<br>    Crenshaw & Waller<br>    Suite 206, Washington Building<br>    Montgomery, Alabama   36104<br><br>Wade M. Cline<br>    Jack Crenshaw, Esquire (as above)<br><br><br>Dr. Charles M. Burgess<br>Main Street<br>Opp, Alabama<br><br><br><br>Over |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-2 | Gary P. Smith, Esquire<br>Johnston & Shores<br>1142 Brown-Marx Building<br>Birmingham, Alabama  35203 | B. E. Faulkner<br>  Same as A-1 above<br>John Douglas<br>  Same as A-1 above<br>Rex H. Moore; Federated Investments, Inc.<br>Paul R. Flowers; F. B. McGill; E. E.<br>Anthony, Sr.; Charles Little; Emory H.<br>Lindsey; W. E. Montgomery; John T.<br>Hugghins; J. L. Barnes; and Eric Cumbie<br>  Same as A-1 above<br><br>Henry Studstill<br>  Hill, Hill, Stovall, Carter & Franco<br>  Hill Building<br>  Post Office Box 116<br>  Montgomery, Alabama  36101<br><br>Dr. Charles M. Burgess<br>  Address as A-1 above |