DOCKET NO. 41

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
APR 8 1970

PATRICIA D. HOWARD
CLERK OF THE PANEL

In the Matter of Federated Investments, Inc. Litigation Arising From Its Acquisition of Stock of Investments International, Inc.

### ORDER

Upon consideration of the motion to transfer the above actions to a single district for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 and it appearing that the convenience of the parties and their witnesses would not be served by said transfer, cf. *In re Scotch Whiskey Litigation*, 299 F. Supp. 543 (JPML 1969),

IT IS ORDERED that the motion be and the same is hereby DENIED without prejudice to the right of any party to reapply for transfer under section 1407 if additional related actions are commenced or to seek an intracircuit transfer. See, *Manual for Complex and Multidistrict Litigation*, section 5.3.

IT IS FURTHER ORDERED that the motion of the defendant to strike the motion to transfer for failure to comply with the *Rules of Procedure of the Judicial Panel on Multidistrict Litigation* is hereby DENIED.

FOR THE PANEL:

Alfred P. Murrah
Chairman

*Unpublished*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
**FILED**

MAY 12 1970

DOCKET NO. 41

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN THE MATTER OF FEDERATED INVESTMENTS, INC. LITIGATION
ARISING FROM ITS ACQUISITION OF STOCK OF INVESTMENTS INTER-
NATIONAL, INC.

## ORDER

Treating the "Amended and Substituted Motion of Plaintiffs Plummer, et al. for Transfer of Civil Actions Involving Common Questions of Fact to a Single District for Coordinated or Consolidated Pretrial Proceedings" as a motion to reconsider the order of April 8, 1970 denying said motion to transfer,

IT IS ORDERED that the motion to reconsider be and the same is hereby DENIED.

FOR THE PANEL:

_____
Alfred P. Murrah
Chairman